IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
ACC CONSTRUCTION-MCKNIGHT          *
JOINT VENTURE,                     *
                                   *
     Plaintiff,                    *
                                   *
     v.                            *    CV 119-010
                                   *
OSCAR DAVID VASQUEZ d/b/a ODV      *
CONSTRUCCIONES Y TERMINACIONES     *
S.R.L. and ROBERTO ANTONIO         *
MARIA ORTIZ d/b/a ROMA             *
CONSTRUCCIONES,                    *
                                   *
     Defendants.                   *
```

## O R D E R

Before the Court is Plaintiff's notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 4.) Plaintiff filed the notice prior to Defendants serving an answer or a motion for summary judgment. As a result, dismissal is proper. Moreover, because the notice fails to state otherwise, dismissal is without prejudice. FED. R. CIV. P. 41(a)(1)(B).

**IT IS THEREFORE ORDERED** that this matter shall be **DISMISSED WITHOUT PREJUDICE.** The Clerk is directed to **TERMINATE** all motions, if any, and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of April, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA